IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT DAVIS, ET AL                                                    PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. 1:05cv00087-LG-RHW

SOUTHERN ENERGY MOBILE HOMES, INC., ET AL                DEFENDANTS

**AGREED ORDER OF DISMISSAL**

THIS CAUSE having come on for hearing on motion *ore tenus* of the parties herein to dismiss, with prejudice, the Plaintiffs' claims against all Defendants in the above styled and numbered cause, as the same has been settled and compromised by the Plaintiffs and Southern Energy Mobile Homes, Inc. and Southern Energy Manufacturing of Alabama, said settlement operating as a dismissal for the entire action, and the Court, having considered the same and being fully advised in the premises, does find that the same is well taken and should be granted. It is, therefore,

ORDERED that the claims of Robert Davis and Dyanne Davis against Southern Energy Mobile Homes, Inc., Southern Energy Manufacturing of Alabama, Affordable Mobile Homes and Jerry G. Meadows are hereby dismissed, with prejudice, and with each party bearing their own costs.

**SO ORDERED AND ADJUDGED** this the 8th day of June, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

AGREED:

s/Stephen W. Mullins

STEPHEN W. MULLINS (MSB 9772)
Post Office Box 724
Ocean Springs, MS  39566-0724
(228) 872-3175

s/James L. Quinn
JAMES L. QUINN
Post Office Box 271
Hattiesburg, MS  39403-0271

s/Dee Aultman
DEE AULTMAN (MSB 1662)
Post Office Box 607
Gulfport, MS  39502
(228) 863-6913
EMAIL:  deeaultman@aultmantyner.com